IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINTON WAYNE WILKiNS** | : | Civil No. 1:17-cv-2354 |
| **Plaintiff,** | : | |
| v. | : | |
| **CLAIR DOLL, WARDEN,** *et al.* | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 12th day of July, 2018, **IT IS HEREBY ORDERED** that the motion to enforce (Doc. 14) is **GRANTED**. A bond hearing will be held on July 26, 2018 at 10:00 a.m. in courtroom #3, 8th Floor, Federal Building, 228 Walnut Street, Harrisburg, PA 17101.

                                                                                         s/Sylvia H. Rambo
                                                                                          SYLVIA H. RAMBO
                                                                                          United States District Judge